# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-60667

---

Jorge Alberto Becerra Ortiz,

*Petitioner,*

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent.*

---

Petition for Review from an Order of the
Board of Immigration Appeals
Agency No. A201 125 006

---

ORDER:

IT IS ORDERED that Petitioner's unopposed motion for an extension of 30 days, or, to and including February 22, 2023, to file its petition for rehearing/petition for rehearing en banc is GRANTED in part; the petition is to be filed no later than 1 February 2023.

/s/ Rhesa H. Barksdale
Rhesa H. Barksdale
*United States Circuit Judge*