# United States Court of Appeals
# for the Fifth Circuit

No. 21-60667

Jorge Alberto Becerra Ortiz,

*Petitioner,*

versus

Merrick Garland, *U.S. Attorney General*,

*Respondent.*

A True Copy
Certified order issued Jul 31, 2024

Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of July 31, 2024, pursuant to the joint motion of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT